AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

The Office James R. Robinson
located at: NASA Headquarters
300 E Street, SW
Room 3X78
Washington, DC 20546

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    PAUL R. DANLEY    being duly sworn depose and say:

I am a(n)    Special Agent with the Office of Inspector General    and have reason to believe
             (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

(describe the person or property to be searched)
**The premises to be searched are described as a private office located in a commerical office building leased by the National Aeronautics and Space Administration (NASA located at 300 E Street, S.W., Washington, D.C. Room 3X78). The room is marked 3X78 outside and the doorway and the room are located on the east side of the building's third floor.**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**evidence, fruits, and instrumentalities of the crimes of**

in violation of Title  18  United States Code, Section(s)  2252 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Patricia Stewart, AUSA
Deputy Chief
Federal Major Crimes Section
 (202) 305-5288
Sworn to before me, and subscribed in my presence

Signature of Affiant
Paul R. Danley,  Special Agent
Office of Inspector General
Computer Crimes Division

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer