AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

The Office James R. Robinson
located at: NASA Headquarters
300 E Street, SW
Room 3X78
Washington, DC 20546

**SEARCH WARRANT**

CASE NUMBER: 06 - 146 - M - 01

FILED
MAR 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:  Paul R. Danley   and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Paul R. Danley who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)
**The premises to be searched are described as a private office located in a commercial office building leased by the National Aeronautics and Space Administration (NASA located at 300 E Street, S.W., Washington, D.C. Room 3X78). The room is marked 3X78 outside and the doorway and the room are located on the east side of the building's third floor.**

there is now concealed a certain person or property, namely (describe the person or property)

PLEASE SEE AFFIDAVIT

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now on the premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _April 7, 2006_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 2 8 2006

at Washington, D.C.

Date and Time Issued pursuant to the search warrant provisions of 18 U.S.C. § 2703(a)-(d)

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

_John Facciola_ (signature)

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| March 28, 2006 | March 29, 2006 / 09:11 am | James Robinson |

INVENTORY MADE IN THE PRESENCE OF: SSA John Garris

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. One Iomega Hard Drive (External)
2. 36 CD-Rs from overhead bin
3. One HP Laptop S/N 2UA426P0FK
4. One CD-R from desktop
5. Sheet of paper with handwritten notes
6. One 1Gb thumbdrive, one yellow note on business card, and One CD-R from backpack
7. One yellow sticky note with handwritten notes
8. Miscellaneous notes, CD-Rs, and disks from 3-drawer cabinet
9. One black calendar book from top of desk

Last Item

FILED
MAR 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X [signature]

Subscribed, sworn to, and returned before me this date.

[signature]    03/29/06
U.S. Judge or U.S. Magistrate Judge    Date